**No. 49196.**—Protests 54046–K, etc., of Lord & Taylor et al. (New York.)

Opinion by EKWALL, J. In accordance with stipulation of counsel and following *Bullocks, Inc.* v *United States* (6 Cust. Ct. 110, C. D. 441) the merchandise in question was held not subject to countervailing duty.

**No. 49197.**—Protest 103427–K of Leo Uhlfelder Co. (New York).

Opinion by EKWALL, J. At the hearing the collector's reply to the protest was received in evidence. From an examination of the record it was found no evidence was presented to overcome the presumption of correctness attaching to the collector's action. The protest was therefore overruled.

**No. 49198.**—Protest 104040–K of Barr Shipping Co. (New York).

Opinion by EKWALL, J. From an examination of the papers in the case the protest was overruled.

**No. 49199.**—Protests 815967–G, etc., of Alliance Distributors, Inc., et al. (New York).

Opinion by EKWALL, J. Following the authorities cited in Abstract 15400 the court dismissed the protests.

BEFORE THE THIRD DIVISION, FEBRUARY 11, 1944

**No. 49200.**—Protests 37834–K, etc., of Saks & Co. (New York).

Opinion by EKWALL, J. In accordance with stipulation of counsel and following *Bullocks* v. *United States* (6 Cust. Ct. 110, C. D. 441) the merchandise in question was held not subject to countervailing duty.

**No. 49201.**—Protests 77782–K, etc., of American D. B. Co., Inc., et al. (New York).

Opinion by EKWALL, J. Following the authorities cited in Abstract 15400, the court dismissed the protests.

**No. 49202.**—Protests 751684–G, etc., of Armstrong-Beaumont Co. et al. (New York).

Opinion by EKWALL, J. Following the authorities cited in Abstract 15400 the court dismissed the protests.